**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

IN RE:

CONSTRUCT GROUP S.E., INC.,

CASE NO. 26-40125-MWC
CHAPTER 11

Debtor.
_______________________________/

**ORDER GRANTING THE DEBTOR'S EXPEDITED MOTION FOR APPROVAL OF PARTIAL COMPROMISE AND SETTLEMENT BETWEEN (I) THE DEBTOR AND (II) ROBERT AND SUZANNE HEIDEPRIEM (ECF NO. 61)**

THIS MATTER came before the Court on July 22, 2026 for a hearing on the Debtor's *Expedited Motion for Approval of Partial Compromise and Settlement between (I) The Debtor and (II) Robert and Suzanne Hediepriem* (the "Motion," ECF No. 61). As announced in Court at the hearing, it is

ORDERED:

1. The Motion (ECF No. 61) is **GRANTED**.

2. The terms and conditions of the parties' settlement as set forth in the Motion are APPROVED.

3. The *ore tenus* modification of the Motion, requesting that the Court's ruling have immediate effect, is also **GRANTED**. The effective date and time of the hearing, July 22, 2026, at 10:19 AM Eastern Time, shall be deemed the date and time in which this Order is entered and shall be effective retroactively.

4. The Court shall retain jurisdiction with respect to all matters arising from or related to the implementation, interpretation, or enforcement of the parties' settlement and this Order.

**DONE AND ORDERED** on August 18, 2026.

KAREN K. SPECIE
U.S. Bankruptcy Judge

Attorney Byron Wright III is directed to serve a copy of this order on interested parties and file a certificate of service within 3 business days of entry of the order.
Prepared By: Byron Wright III